Submitted on record and briefs May 23, sentence vacated; remanded for
resentencing; otherwise affirmed June 22, 2005

STATE OF OREGON,
*Respondent,*

*v.*

JERRY SIMS,
*Appellant.*

02CR0735FE; A125239

114 P3d 542

Peter A. Ozanne, Executive Director, and Dan Maloney, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge,* and Armstrong, Judge.

PER CURIAM

* Brewer, C. J., *vice* Ceniceros, S. J.

## PER CURIAM

Defendant was convicted of first-degree theft. The trial court imposed a durational departure sentence based on findings of persistent involvement in similar offenses unrelated to the crime and harm or loss significantly greater than typical. On appeal, defendant argues that the sentence is unlawful because it is based on facts not admitted or found by a jury, in violation of *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004). The state concedes that, in light of our decisions in *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004), and *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), defendant is correct. We accept the concession.

Sentence vacated; remanded for resentencing; otherwise affirmed.